

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Tuesday, October 18, 2022**, the following legal advertisement – **PIPELINE HEALTH SYSTEM, LLC** was published in the national edition of **USA TODAY.**

*Vanessa Salvo*
Principal Clerk of USA TODAY
October 18, 2022

**SPORTS** | USA TODAY | TUESDAY OCTOBER 18, 2022 | 5C

# NBA contenders challenged from all angles

**Jeff Zillgitt**
USA TODAY

A team with LeBron James, Anthony Davis and Russell Westbrook might not even be one of the top eight teams in the Western Conference.

A team with Fred VanVleet, Pascal Siakam, Scottie Barnes, OG Anunoby and Gary Trent Jr. might not be a top-six team in the Eastern Conference.

Those statements illustrate just how deep the NBA is this season with the Los Angeles Lakers and Toronto Raptors possibly reduced to bystanders by the second round of the playoffs.

This is as deep as the NBA has been in recent seasons, with multiple teams capable of reaching the Finals.

It is wide open. Or at least it seems that way.

No one would be surprised if any of these teams from the West – Golden State, Dallas, Memphis, Phoenix, Denver, Minnesota, New Orleans, the Los Angeles Clippers and Lakers – and any of these teams from the East – Boston, Milwaukee, Miami, Philadelphia, Brooklyn, Cleveland, Chicago and Toronto – reach the conference semifinals.



Jayson Tatum and the Celtics are fired up after winning the East last season.
CARY EDMONDSON/USA TODAY SPORTS

There's a good chance that this season's Finals won't be a rematch of last season's Boston-Golden State.

The 2022-23 campaign has the potential to be one of the deepest, most competitive seasons in league history, reminiscent of when the Warriors won an NBA-record 73 games in 2015-16 but didn't clinch the No. 1 seed until late in the season because San Antonio finished right behind them with 67 victories. And Golden State still didn't win the title, falling to Cleveland, which came back from a 3-1 deficit to beat the Warriors in the Finals.

This season could rival 2007-08 when 48 wins wasn't good enough to make the playoffs in the West and all eight playoff teams from the West won at least 50 games – seven games separated the top seed from the eighth seed. It was a similar situation in 2009-10 with all eight West playoff teams registering at least 50 victories. In 1994-95, sixth-seeded Houston won the title, beating a 62-win team (Spurs) in the conference finals and East top seed Orlando in the Finals.

Part of the deep league stems from the recent trend of teams "going for it" while they sense a window to win a championship. Chicago, Cleveland, Minnesota and New Orleans are among the teams that have done this in the past two seasons, making blockbuster trades and aggressive free agent decisions to improve and compete now.

The league also is deeper because of the return of several key players, including All-Star caliber players who didn't play last season: the Clippers' Kawhi Leonard and John Wall, New Orleans' Zion Williamson, Denver's Jamal Murray, Golden State's James Wiseman, Brooklyn's Ben Simmons and Phoenix's Dario Saric.

"This is probably one of the deepest seasons you've ever gonna see with everybody coming back healthy," seven-time NBA champion Robert Horry told USA TODAY Sports. "You think about all the teams who made major moves that are trying to get better ... That's headache right there."

### In the West

Steph Curry, Klay Thompson, Draymond Green, Steve Kerr – enough said. The Warriors have a shot to repeat and win their fifth title in nine seasons.

Phoenix doesn't believe its window is closed after a franchise-record 64 wins last season, and a core of Chris Paul, Devin Booker, Deandre Ayton and Mikal Bridges makes a run at a title possible.

Dallas reached the conference finals and is just getting started with Luka Doncic.

Speaking of getting started, Memphis has the best young team in the league led by Ja Morant, Jaren Jackson Jr. and Desmond Bane.

A healthy Leonard and Paul George, a deep roster and coach Ty Lue make the Clippers a solid (and underrated) contender.

Not only does Murray return for the Nuggets, but they get back Michael Porter Jr., who played only nine games last season, to go alongside two-time defending MVP Nikola Jokic.

If things line up perfectly, a Lakers team with James, Davis and Westbrook can be dangerous.

The Pelicans were a solid 33-30 after a 3-16 start and that was without Williamson and with CJ McCollum for just a portion of the season.

Minnesota added Rudy Gobert to a lineup that features Karl-Anthony Towns, Anthony Edwards and D'Angelo Russell and is ready to take the next step.

### In the East

The Ime Udoka situation hurts the Celtics, but this is a team of veterans (Jayson Tatum, Jaylen Brown, Marcus Smart, Al Horford) who should be able to overcome that.

The continued absence of Lonzo Ball isn't good, but the Bulls are still solid with Zach LaVine, DeMar DeRozan and Nik Vucevic.

Cleveland was among the top teams in the East until injuries put a damper on last season. But adding Donovan Mitchell to a roster that features Darius Garland, Jarrett Allen, Evan Mobley and Kevin Love is intriguing.

Miami needs its younger players, Bam Adebayo in particular, to carry more of the load for Jimmy Butler and Kyle Lowry, but the Heat can't be discounted with their brand of basketball.

The Bucks were just a game from beating Boston in the conference finals without Khris Middleton and it would be unwise to think Giannis Antetokounmpo will play in just one Finals in his career.

Joel Embiid is an MVP-caliber player, and with a healthy and motivated James Harden, the Sixers are capable of a deep run.

Brooklyn has several issues to work through, but if somehow Kevin Durant, Kyrie Irving and Simmons are all on the same page, the Nets have the talent to contend.

The Raptors are well coached by Nick Nurse, and with VanVleet, Siakam, Anunoby and Barnes, they are talented and just the kind of team to surprise the rest of the league.

Atlanta had a disappointing 2021-22 but still, the Hawks are just two seasons removed from a trip to the conference finals with Trae Young, John Collins and Bogdan Bogdanovic, and they acquired Dejounte Murray in the offseason.

The league is deep as the older generation continues to star while the next group and the younger generations carve out their space among today's great players. There is no shortage of talent, and multiple teams in each conference have a legitimate shot at winning the title.

# Five NBA players we can't wait to see back on the court

**Jeff Zillgitt**
USA TODAY

As the NBA season tips off, several prominent players return after missing all of last season. The players we most look forward to seeing back on the court:

### Kawhi Leonard | Los Angeles Clippers

Leonard sustained a torn ACL in the second half of the 2020-21 season and missed all of last season. We know two things about Leonard. He is prudent about returning only when he feels ready, and when he is ready he is one of the best two-way players in the league – an All-NBA quality defender, scorer and playmaker. He is a two-time Finals MVP (2014 with San Antonio, 2019 with Toronto), five-time All-Star, five-time All-NBA, seven-time All-Defensive team and two-time defensive player of the year. In his past three seasons, Leonard averaged 26.2 points, 7.0 rebounds, 4.4 assists and 1.7 steals and shot 49.1% from the field and 38.1% on 3s. With a healthy Leonard, the Clippers are strong title contenders.

### John Wall | Clippers

Wall sustained back-to-back injuries (heel, Achilles tendon) that sidelined him for the 2019-20 season. He played in 30 games with Houston the following season and sat out the 2021-22 season as the Rockets played their younger players. It's been a difficult few years for Wall. His grandmother and mom died, and Wall revealed this summer he contemplated suicide. The veteran guard sought professional help and found a new home with the Clippers. No longer the main option, Wall has a chance to be a prominent contributor with his speed, passing, play making and defense for a deep team that features Kawhi Leonard and Paul George.

### Jamal Murray | Denver Nuggets

Murray was headed into All-Star territory when he tore his ACL in 2020-21 – the season after the Nuggets reached the Western Conference finals in the Orlando bubble. Murray, a 6-3 guard, put on a show there with his scoring, including two 50-point games. He rehabbed and didn't play last season. Murray, 25, is healthy and ready to get the Nuggets back into contention in the West with two-time MVP Nikola Jokic and Michael Porter Jr., who played in just nine games last season. When Murray injured his knee, he was averaging career highs in points (21.2), field-goal percentage (47.7) and 3-point percentage (40.8).

### Ben Simmons | Brooklyn Nets

Simmons' fallout with Philadelphia led to him not playing a game for the Sixers last season. Nor did he play a game for Brooklyn after the 76ers traded him in February. Simmons focused on his mental health in a prolonged standoff with the Sixers. But now he's back and much focus will be on how Simmons acclimates and performs on a roster that features Kevin Durant and Kyrie Irving. The Nets have the talent to be one of the best teams in the Eastern Conference, and Simmons will play a big part in that. Simmons, 26, is a three-time All-Star, one-time All-NBA performer and two-time All-Defensive selection who can impact the game with his defense, passing and transition offense. He is a not a good outside shooter but still averaged 14.3 points, 7.2 rebounds, 6.9 assists and 1.6 steals and shot 55.7% from the field in 2020-21.


Williamson

### Zion Williamson | New Orleans Pelicans

Maybe this is recency bias, but there may not be a more anticipated return from injury than Williamson getting back on the court. The Pelicans finished last season strong and lost in the first round of the playoffs without Williamson, who missed 2021-22 with a foot injury. When Williamson was last on the court, he was an All-Star on the verge of becoming an All-NBA player: 27 points, 7.2 rebounds and 3.7 assists and 61.1% shooting. Problem is, Williamson has been on the court for just 85 of 226 games through his first three seasons. Williamson rehabbed his foot and spent time working on his body, arriving to training camp slimmer and in great physical condition. A healthy and in-shape Williamson is a problem for the rest of the league and maybe even a surprise MVP candidate at 22 years old.

---

**MARKETPLACE TODAY**

To view more Classified listings, visit: classifieds.usatoday.com

For advertising information: 1.800.397.0070   www.russelljohns.com/usat

**NOTICES**
**LEGAL NOTICE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

In re: PIPELINE HEALTH SYSTEM, LLC, et al.,[1]   Chapter 11, Case No. 22-90291 (MI)
Debtors.                                        (Jointly Administered)

**NOTICE OF AUCTION FOR THE SALE OF THE DEBTORS' ASSETS**
PLEASE TAKE NOTICE OF THE FOLLOWING:

On October 12, 2022, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered the Order (I) Approving Bidding Procedures, (II) Establishing Related Dates and Deadlines, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief [Docket No. 149] (the "Order"),[2] authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to market and conduct one or more auctions (each an "Auction") to sell the Assets. The Auction will be conducted in accordance with the Bidding Procedures approved pursuant to the Order and attached to the Order as Exhibit 1 thereto (the "Bidding Procedures").

Copies of the Order, the Bidding Procedures, or other documents related thereto are available on the Debtors' restructuring website at http://dm.epiq11.com/PipelineHealth.

Any person or entity who wishes to participate in an Auction must comply with the participation requirements, bid requirements, and other requirements set forth in the Bidding Procedures. The Illinois IOI Deadline is **October 24, 2022, at 4:00 p.m. (prevailing Central Time)**. The General IOI Deadline is **November 16, 2022 at 4:00 p.m. (prevailing Central Time)**. The Illinois-Only Bid Deadline is **October 31, 2022, at 4:00 p.m. (prevailing Central Time)**. The General Bid Deadline is **November 29, 2022, at 4:00 p.m. (prevailing Central Time)**.

The Debtors intend to conduct one or more Auctions at which they will consider Bids submitted to the Debtors and their advisors, by and pursuant to the Bidding Procedures as set forth in the Order. With respect to Illinois-Only Assets, the Debtors intend to conduct the Auction on **November 2, 2022, at 9:00 a.m. (prevailing Central Time)**, by videoconference or in person, at the Debtors' election. With respect to any or all other Assets, the Debtors intend to conduct the Auction on **December 1, 2022, at 9:00 a.m. (prevailing Central Time)**, by videoconference or in-person, at the Debtors' election.

The Debtors reserve the right to modify the Bidding Procedures, in their reasonable business judgment, in accordance with the Bidding Procedures.

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/PipelineHealth. The Debtors' service address is 898 N. Pacific Coast Highway, Suite 700, El Segundo, California 90245.
[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order or the Bidding Procedures, as applicable.

**PUBLIC NOTICE**
Place your Public Notice in USA TODAY Marketplace!
Call: 1-800-397-0070

**PUBLIC NOTICE**
**NOTICE TO CONSUMERS**
Teletrack is a Fair Credit Reporting Act (FCRA) regulated credit reporting agency offering financial management solutions to businesses.

Teletrack provides information to companies to provide consumers with pre-approved offers of credit. Many people take advantage of the opportunities to use their buying power that these offers provide. However, some consumers prefer not to receive such offers.

For those who no longer wish to receive such pre-approved offers that use information from Teletrack, the federal FCRA provides you the opportunity to opt out. By opting-out, Teletrack will no longer use information about you in connection with pre-approved offers; but it does not guarantee that you will not receive pre-approved offers from other sources.

If you wish to exclude Teletrack information about you from being used in lists provided to companies that make these pre-approved offers: You may call toll free: (877) 309-5226

Or you may write to Teletrack at the address provided below. Please include your name, address Social Security number, and date of birth in your request.

Teletrack
PO Box 509124, San Diego, CA 92150

**GET NOTICED!**
Advertise in USA TODAY's Marketplace!
Call: 1-800-397-0070

**PUBLIC NOTICE**
**Request for Proposal (RFP)**
Purchasing Cooperative of America (PCA) is a national public procurement cooperative working with a public agency to provide Requests for Proposals for response by Vendors who can provide the following products/services to public sector entities. Vendors are invited to respond electronically to RFPs through the PCA website portal at www.pcamerica.org/solicitations.

1) OD-374-22 Grant Writing for Federal & State Grants; 2) OD-375-22 Lockers & Related Items; 3) OD-376-22 Site & Area Security & Related Items; 4) OD-377-22; Web Based Career & College Courses & RI; 5) OD-378-22 National Job Order Contracting for Facilities & Energy Conservation; 6) OD-379-22 EV Charging Stations & Related Items; OD-380-22 Website Services & Related Item.

Proposals are due by 11:00 AM CT on Tuesday, November 22, 2022.
Direct inquiries to Elaine Nichols, Director, at 844-722-6374.

**REQUEST FOR BIDS**
Sealed bids for technology equipment, software, services, supplies, and furniture sales to local educational agencies and other eligible organizations in Pennsylvania and optionally other states for the PEPPM Cooperative Purchasing Program shall be received by the Central Susquehanna Intermediate Unit #16 ("CSIU") until 3 p.m., Eastern Time, Tuesday, Nov. 29, 2022, at the CSIU, 90 Lawton Lane, Milton, PA 17847. However, in the case of an emergency, or in the CSIU's discretion, in the interest of public health and safety, and as permitted by applicable law, the CSIU may instead broadcast the opening of bids via teleconference or video conference.

Interested bidders must register to access and secure the bid documents online at www.epylon.com. There is no charge to register.

Bids will be received under the following request for bids:
• PEPPM 2023 Apple Bid.

For more information about the request for bids, visit www.peppm.org/bids.

Installation of certain products purchased under the contracts may be subject to applicable prevailing wage laws and rates. Reference is made to the prevailing minimum wage rates applicable to such installation.

No bidder may withdraw its bid for 90 days after the bid opening date.

The CSIU reserves the right to reject all bids, and/or to waive any informality or irregularity in a bid.

**PERSONALS**
**BEAUTIFUL ASIAN WOMEN**
Desire friendship, romance! Free brochure. Since 1991.
Send S.A.S.E to:
P.I.C., BOX 4601-USA,
Thousand Oaks CA 91359.
805-492-8040
www.pacisl.com

**BUSINESS**
**BUSINESS OPPORTUNITIES**
**REALITY BENDER!**
This works waaay too fast! Picked up $24k (pot'l) my first month. No selling. I just point to a website and that's it!
www.ExtremelyFastCash.com
24-Hr. Rec. 1-800-249-9549 ext. 1
Referral ID HP103351



Visit us online at:
usatoday.com