**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PIPELINE HEALTH SYSTEM, LLC, *et al.*[1] | ) | Case No. 22-90291  (MI) |
| | ) | |
| Debtors. | ) | (Jointly  Administered) |
| | ) | |

**THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS' WITNESS AND EXHIBIT LIST FOR HEARING**
**SCHEDULED FOR NOVEMBER 29, 2022 AT 3:30 PM (CT)**

The Official Committee of Unsecured Creditors ("the Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors") respectfully files its Witness and Exhibit List for the hearing to be held on November 29, 2022, at 3:30 p.m. (CT) (the "Hearing"):

**WITNESSES**

The Committee may call any of the following witnesses at the Hearing, whether in person, including  virtually,  or by proffer:

1.     Any witness called or designated by any other party; and

2.     Any witness necessary to rebut the evidence or testimony of any witness offered or designated by any other party.

---

[1]     A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/PipelineHealth. The Debtors' service address is 898 N. Pacific Coast Highway, Suite 700, El Segundo, California 90245.

## EXHIBITS

The Committee may offer into evidence any of the following exhibits at the Hearing:

| Ex. # | Description of Exhibit | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Any document or pleading filed in the above captioned cases | | | | |
| 2 | Any exhibit designated by any other party | | | | |
| 3 | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

## RESERVATION OF RIGHTS

The Committee reserves all rights, including, but not limited to, the right to amend, revise, or supplement this Witness and Exhibit List at any time, to designate additional witnesses and exhibits, to call any person identified as a witness by any other party-in-interest or introduce any document identified as an exhibit by any other party-in-interest, and to offer additional witnesses and exhibits at the Hearing for purposes of impeachment, rebuttal, or in response to witnesses and evidence offered by any other party.

Dated: November 25, 2022       Respectfully Submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Rachel Biblo Block*

Sarah Link Schultz (State Bar No. 24033047;
S.D. Tex. 30555)
Rachel Biblo Block (State Bar No. 24097382;
S.D. Tex. 3019953)
Chance Hiner (State Bar No. 24106100;
S.D. Tex. 3516928)
2300 N. Field Street, Suite 1800
Dallas, TX 75201-2481
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: sschultz@akingump.com
Email: rbibloblock@akingump.com
Email: chiner@akingump.com

-and-

David H. Botter (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: dbotter@akingump.com

*Proposed Counsel to the Official Committee of
Unsecured Creditors*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 25, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Rachel Biblo Block

Rachel Biblo Block