# EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| PIPELINE HEALTH SYSTEM, LLC., *et al.*,[1] | ) Case No. 22-90291 (MI) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Ref. Docket No. 46** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT)
                      ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the:

    a.  "Order Granting Complex Chapter 11 Bankruptcy Case Treatment," dated October 3, 2022 [Docket No. 46], (the "Complex Case Order"),

    b.  "Proof of Claim (Official Form 410)," a copy of which is annexed hereto as <u>Exhibit A</u>, (the "POC Form"),

    c.  "Notice of Chapter 11 Bankruptcy Case," a copy of which is annexed hereto as <u>Exhibit B</u>, (the "Chapter 11 Notice"),

    d.  "Letter to Pipeline Health Vendors," dated October 6, 2022, (the "Vendor Letter"),

    e.  "Letter to Pipeline Health Employees," dated October 6, 2022, (the "Employee Letter"), and

    f.  "Letter to Pipeline Health Patients," dated October 6, 2022, (the "Patient Letter"),

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/PipelineHealth. The Debtors' service address is 898 N. Pacific Coast Highway, Suite 700, El Segundo, California 90245.

by causing true and correct copies of the:

i.      Complex Case Order, POC Form, Chapter 11 Notice, and Vendor Letter to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, on October 6, 2022,

ii.     Complex Case Order, POC Form, Chapter 11 Notice, and Patient Letter to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D, commencing on October 6, 2022 and completing on October 11, 2022,

iii.    Complex Case Order, POC Form, Chapter 11 Notice, and Vendor Letter to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E, commencing on October 6, 2022 and completing on October 11, 2022,

iv.     Complex Case Order, POC Form, and Chapter 11 Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F, commencing on October 6, 2022 and completing on October 11, 2022,

v.      Complex Case Order, POC Form, Chapter 11 Notice, and Vendor Letter to be delivered via electronic mail to those parties listed on the annexed Exhibit G, on October 6, 2022,

vi.     Complex Case Order, POC Form, Chapter 11 Notice, and Employee Letter to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the following party: *West Suburban, Attn: Barbara Martin, 3 Erie Court, Oak Park, IL 60302*, who represents multiple creditors listed on the annexed Exhibit H, commencing on October 6 and completing on October 11, 2022,

vii.    Complex Case Order, POC Form, Chapter 11 Notice, and Employee Letter to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the following party: *CHHP Management LLC, Attn: Matthew Whaley, 2623 E. Slauson Ave., Huntington Park, CA 90255*, who represents multiple creditors listed on the annexed Exhibit I, commencing on October 6, 2022, and completing on October 11, 2022

viii.   Complex Case Order, POC Form, Chapter 11 Notice, and Employee Letter to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the following party: *Lakefront Medical/Pipeline Weiss/ Weiss Medical Spec., Attn: Barbara Martin, Irene Dumanis, 4646 N. Marine Dr. Chicago, IL 60640*, who represents multiple creditors listed on the annexed Exhibit J, commencing on October 6, 2022, and completing on October 11, 2022,

ix.  Complex Case Order, POC Form, Chapter 11 Notice, and Employee Letter to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the following party: *Avanti Hospitals, LLC/Pipeline Health System LLC, Attn: Andrei Soran, 898 N. Pacific Coast Hwy., Ste 700, El Segundo, CA 90245*, who represents multiple creditors listed on the annexed <u>Exhibit K</u>, commencing on October 6, 2022, and completing on October 11, 2022,

x.  Complex Case Order, POC Form, Chapter 11 Notice, and Employee Letter to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the following party: *City Hospital Physician Group, Inc./Dallas/ White Rock Medical Center, Attn: Matthew Roberts, 9440 Poppy Dr., Dallas, TX 75218*, who represents multiple creditors listed on the annexed <u>Exhibit L</u>, commencing on October 6, 2022, and completing on October 11, 2022,

xi.  Complex Case Order, POC Form, Chapter 11 Notice, and Employee Letter to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the following party: *CPH Hospital Management, LLC, Attn: Patrick Rafferty, 13100 Studebaker Rd., Norwalk, CA 90650*, who represents multiple creditors listed on the annexed <u>Exhibit M</u>, commencing on October 6, 2022, and completing on October 11, 2022,

xii.  Complex Case Order, POC Form, Chapter 11 Notice, and Employee Letter to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the following party: *Eladh, L.P., Attn: Ricardo Rufino, 4060 Whittier Blvd., Los Angeles, CA 90023*, who represents multiple creditors listed on the annexed <u>Exhibit N</u>, commencing on October 6, 2022, and completing on October 11, 2022, and

xiii.  Complex Case Order, POC Form, Chapter 11 Notice, and Employee Letter to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the following party: *Gardena Hospital, L.P., Attn: Patrick Caster, 1145 W. Redondo Beach Blvd., Gardena, CA 90247*, who represents multiple creditors listed on the annexed <u>Exhibit O</u>, commencing on October 6, 2022, and completing on October 11, 2022.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
13th day of October, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

# EXHIBIT A

**United States Bankruptcy Court for the Southern District of Texas (Houston Division)**
**Pipeline Health System, LLC Claims Processing Center**
**c/o Epiq Corporate Restructuring, LLC**
**P.O. Box 4421**
**Beaverton, OR 97076-4421**

To submit your form online please go to
[https://epiqworkflow.com/cases/PIH]

**Name of Debtor:**
**Case Number:**

☐ Check box if the address on the envelope sent to you by the court needs to be updated. Identify your replacement address in Part 1 (Section 3) below.

**For Court Use Only**

# Proof of Claim (Official Form 410)

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of claims entitled to administrative priority under 11 U.S.C. § 503(b)(9), do not use this form to make a request for payment of an administrative expense. Requests for payment of other administrative expenses must be made according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): _____

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?** ☐ No ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) | **4. Does this claim amend one already filed?** |
|---|---|---|
| _____ Name | _____ Name | ☐ No ☐ Yes. Claim number on court claims register (if known) _____ Filed on _____ MM / DD / YYYY |
| _____ Number Street | _____ Number Street | **5. Do you know if anyone else has filed a proof of claim for this claim?** |
| _____ City State ZIP Code | _____ City State ZIP Code | ☐ No ☐ Yes. Who made the earlier filing? |
| Country (if International): _____ | Country (if International): _____ | |
| Contact phone: _____ | Contact phone: _____ | _____ |
| Contact email: _____ | Contact email: _____ | |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| **6. Do you have any number you use to identify the debtor?** | **7. How much is the claim?** | **8. What is the basis of the claim?** |
|---|---|---|
| ☐ No ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ | $_____. **Does this amount include interest or other charges?** ☐ No ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information. _____ |

**9. Is all or part of the claim secured?**

☐ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____
_____

**Basis for perfection:** _____
_____
Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed   ☐ Variable

**10. Is this claim based on a lease?**

☐ No

☐ Yes. **Amount necessary to cure any default as of the date of petition**.

$_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☐ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other.  Specify subsection of 11 U.S.C. § 507 (a)(__) that applies.

*  Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**11. Is this claim subject to a right of setoff?**

☐ No

☐ Yes. Identify the property:

_____

A claim may be partly priority and partly nonpriority.  For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

**13. Is all or part of the claim entitled to administrative priority under 11 U.S.C. § 503(b)(9)?**

☐ No

☐ Yes. **Amount of claim entitled to administrative priority under 11 U.S.C. § 503(b)(9)**: $_____

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐  I am the creditor.

☐  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent.  Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other co-debtor.  Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____     _____
                          MM / DD / YYYY                   Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
          First name                     Middle name                    Last name

Title _____

Company _____
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
          Number                  Street

_____
City                          State                    ZIP Code

Contact Phone _____     Email _____

# Official Form 410 - Instructions for Proof of Claim

United States Bankruptcy Court

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

**A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157 and 3571

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**
- **Fill in the caption at the top of the form.** The full list of debtors is provided under the general information section on the Claims Agent's website: https://dm.epiq11.com/PipelineHealth
- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.
- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of redaction below.) Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added.   Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rules") 3001(c) and (d).
- **Do not attach original documents because attachments may be destroyed after scanning.**
- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information.  Leave out or redact confidential information both in the claim and in the attached documents.**
- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.**  See Bankruptcy Rule 9037.
- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.**  For example, write *A.B., a minor child (John Doe, parent, 123 Main St, City, State).*  See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or you may access the Claims Agent's website (https://dm.epiq11.com/PipelineHealth) to view your filed form under "Claims."

## Where to File Proof of Claim Form

**First Class Mail:**
Pipeline Health System, LLC
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
PO Box 4421
Beaverton, OR 97076-4421

**Hand Delivery or Overnight Mail:**
Pipeline Health System, LLC
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

**Electronic Filing: By accessing the E-filing Claims link at**
**https://dm.epiq11.com/PipelineHealth**

## Understand the terms used in this form

**Administrative expense**: Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim**: A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy.  11 U.S.C. §101 (5).  A claim may be secured or unsecured.

**Creditor**: A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy.  11 U.S.C. §101 (10).

**Debtor**: A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection**: Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy**: A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim**: A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim**: A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information**: Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a)**: A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff**: Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier**: An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim**: A claim that does not meet the requirements of a secured claim.  A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

Do not file these instructions with your form.

**EXHIBIT B**

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor: Pipeline Health System, LLC, *et al* | | EIN: | **83-2843667** |
| Name | | | |
| United States Bankruptcy Court for the Southern District of Texas | | | |
| Case Number: 22-90291 (MI) | | Date case filed for Chapter 11: | Oct. 2, 2022 |

<u>Official Form 309F (For Corporations or Partnerships)</u>

## Notice of Chapter 11 Bankruptcy Case                                                    **12/17**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

A form to open an account on the bankruptcy court's electronic case filing system may be obtained at: http://www.txs.uscourts.gov/sites/txs/files/CRECFform.pdf.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**Debtors' full name:  <u>See chart below</u>.**

### List of Jointly Administered Cases

| NO. | DEBTOR | PRIOR NAMES | CASE NO. | EIN # |
|---|---|---|---|---|
| 1 | **Pipeline Heath System, LLC** | | 22-90291 | 83-2843667 |
| 2 | **Pipeline Health System Holdings, LLC** | | 22-90299 | 83-2865675 |
| 3 | **Avanti Healthcare Holdings, LLC** | | 22-90301 | 45-2136858 |
| 4 | **Avanti Hospital Holdings I, LLC** | | 22-90292 | 45-1737689 |
| 5 | **Avanti Hospitals, LLC** | Pipeline Los Angeles | 22-90308 | 27-4846142 |
| 6 | **CHHP Holdings II, LLC** | Community Hospital of Huntington Park | 22-90293 | 27-2133159 |
| 7 | **CHHP Hospital Property Holdings, LLC** | | 22-90316 | 84-3297539 |
| 8 | **CHHP Management, LLC** | Community Hospital of Huntington Park | 22-90296 | 27-2104876 |
| 9 | **CHHP MOB Property Holdings, LLC** | | 22-90295 | 84-3288809 |

Official Form 309F (For Corporations or Partnerships)                          **Notice of Chapter 11 Bankruptcy Cases**

| NO. | DEBTOR | PRIOR NAMES | CASE NO. | EIN # |
|---|---|---|---|---|
| 10 | City Hospital Physician Group, Inc. | White Rock Medical Group; City Hospital Physician Group | 22-90314 | 84-3316983 |
| 11 | CPH Hospital Management, LLC | Coast Plaza Hospital | 22-90296 | 45-1738512 |
| 12 | CPH Hospital Property Holdings, LLC | | 22-90296 | 84-3238723 |
| 13 | CPH MOB Property Holdings, LLC | | 22-90297 | 84-3223348 |
| 14 | ELADH Hospital Property Holdings, LLC | | 22-90303 | 84-3255457 |
| 15 | ELADH Management, L.L.C. | East Los Angeles Doctors Hospital | 22-90315 | 76-05944553 |
| 16 | ELADH, L.P. | East Los Angeles Doctors Hospital | 22-90290 | 76-0594559 |
| 17 | Gardena Hospital Management, L.L.C. | Memorial Hospital of Gardena | 22-90320 | 76-0594556 |
| 18 | Gardena Hospital Property Holdings, LLC | | 22-90309 | 84-3272216 |
| 19 | Gardena Hospital, L.P. | Memorial Hospital of Gardena | 22-90309 | 76-0594558 |
| 20 | HealthPlus+ Holdings, LLC | | 22-90321 | 20-8069397 |
| 21 | Pipeline — Lakefront Medical Associates, LLC | Chicago Health Medical Group; Chicago Health Medical Group I | 22-90300 | 83-1716704 |
| 22 | Pipeline — Weiss Medical Specialists, LL | Loren S. Schechter, M.D. Plastic Surgery | 22-90304 | 83-1767327 |
| 23 | Pipeline — Weiss Memorial Hospital, LLC | Chicago Bone and Joint Replacement Center; Chicago Center for Orthopedics; Jacob M. Arvey Health Center at Vanguard Weiss Memorial Hospital; Louis A. Weiss Memorial Hospital; Strauss Infusion Center | 22-90306 | 35-2637418 |
| 24 | Pipeline — West Suburban Medical Center, LLC | Center Pharmacy; West Suburban Medical Center; The Wound Care and Hyperbaric Medicine Center; River Forest Advanced Imaging Center; River Forest Breast Care Center | 22-90313 | 61-1899386 |
| 25 | Pipeline Chicago Graduate Education Foundation | | 22-90318 | 86-2920608 |
| 26 | Pipeline East Dallas, LLC | City Hospital at White Rock; White Rock Medical Center; Doctors Hospital at White Rock Lake; Doctors Hospital of Dallas; The Surgical Doctor's Hospital | 22-90319 | 82-3626083 |
| 27 | Pipeline Midwest Pharmacies, LLC | Westlake Medical Arts Pharmacy; Plaza Pharmacy; West Suburban Plaza Pharmacy | 22-90302 | 83-1791597 |
| 28 | River Forest Property Holdings, LLC | | 22-90305 | 83-1942445 |
| 29 | SRC Hospital Investments I, LLC | | 22-90307 | 82-4142202 |
| 30 | SRC Hospital Investments II, LLC | | 22-90310 | 83-1211678 |
| 31 | Weiss MOB Property Holdings, LLC | | 22-90312 | 83-2716568 |
| 32 | Weiss Property Holdings, LLC | | 22-90322 | 32-0576630 |

Official Form 309F (For Corporations or Partnerships)          **Notice of Chapter 11 Bankruptcy Case**

| NO. | DEBTOR | PRIOR NAMES | CASE NO. | EIN # |
|-----|--------|-------------|----------|-------|
| 33 | West Suburban Property Holdings, LLC | | 22-90317 | 83-1679815 |

**All other names used in the last 8 years:  See chart above.**

**Address:  898 N. Pacific Coast Highway, Suite 700, El Segundo, California 90245**

**Debtors' attorneys:**

Matthew D. Cavenaugh (TX Bar No. 24062656)
Kristhy M. Peguero (TX Bar No. 24102776)
Veronica A. Polnick (TX Bar No. 24079148)
Javier Gonzalez (TX Bar No. 24119697)
**JACKSON WALKER LLP**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:      (713) 752-4200
Facsimile:      (713) 752-4221
Email:          mcavenaugh@jw.com
                kpeguero@jw.com
                vpolnick@jw.com
                jgonzalez@jw.com
-and-

Jaimie Fedell (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          jaimie.fedell@kirkland.com

-and-

Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          steven.serajeddini@kirkland.com
Email:          zach.manning@kirkland.com

Debtors' notice and claims agent (for court documents and case information inquiries):

**If by First-Class Mail:**
Pipeline Health System, LLC
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4421
Beaverton, Oregon 97076-4421

**If by Hand Delivery or Overnight Mail:**
Pipeline Health System, LLC
c/o Epiq Corporate Restructuring, LLC
Claims Processing Center
10300 SW Allen Blvd.
Beaverton, Oregon 97005
Telephone: (800) 764-6401 (toll free)]
                (503) 520-4447 (international)
Email:  pipelineheathinfo@epiq11.com
Case website: http://dm.epiq11.com/PipelineHealth

| Bankruptcy Clerk's Office | United States Courthouse | Hours Open:  Monday - Friday |
|---|---|---|
| Documents in this case may be filed at this address: You may inspect all records filed in this case at this office or online at www.pacer.gov | **515 Rusk Street** **Houston, Texas  77002** All documents in this case are available free of charge on the website of the Debtors' notice and claims agent at http://dm.epiq11.com/PipelineHealth. | **8:00 AM - 5:00 PM** **Contact phone:  713-250-5500** |

| Meeting of Creditors | November 10, 2022, at 10:00 a.m. (prevailing Central Time) | Telephonic Dial-In: |
|---|---|---|
| The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.  If so, the date will be on the court docket. | (866)-707-5468, Participant Code: 6166997# |

Official Form 309F (For Corporations or Partnerships)                    **Notice of Chapter 11 Bankruptcy Case**

| Proof of Claim Deadline: | Deadline for filing proof of claim: | For non-governmental entities: **December 1, 2022.** <br><br> For governmental entities: **March 31, 2023.** |
|---|---|---|
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br><br> Your claim will be allowed in the amount scheduled unless: <br> Your claim is designated as disputed, contingent or unliquidated; <br> You file a proof of claim in a different amount; or <br> You receive another notice <br><br> If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br><br> The Debtors' schedules will be filed by November 10, 2022. You may review the schedules at the bankruptcy clerk's office or online at: http://dm.epiq11.com/PipelineHealth. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **Exception to discharge deadline** <br><br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). <br><br> **Deadline for filing the complaint: January 9, 2023** |
| **Creditors with a Foreign Address** | | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **Filing a Chapter 11 Bankruptcy Case** | | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.  An objection to the confirmation of the plan must be filed so as to actually received by the court and the Debtors by November 29, 2022, at 4:00 p.m. (prevailing Central Time).  The plan confirmation hearing will be held December 2, 2022, at 10:00 am (prevailing Central Time). |
| **Discharge of Debts** | | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

**EXHIBIT D**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| VIRRUSO, JOSEPH | 5718 W 90TH PL OAK LAWN IL 60453-1508 |