# EXHIBIT 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PIPELINE HEALTH SYSTEM, LLC., *et al.*,[1] | ) | Case No. 22-90291 (MI) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Ref. Docket No. 534** |

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT )
                        ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 23, 2022, I caused to be served the:

   a. "Debtors' Emergency Motion for Entry of an Order (I) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (III) Dismissing Certain of the Debtors' Chapter 11 Cases; and (IV) Granting Related Relief," dated November 22, 2022 [Docket No. 534], (the "Sale Motion"), and

   b. "Notice of Filing of Debtors' Emergency Motion to Sell the Illinois Facilities," a copy of which is annexed hereto as Exhibit A, (the "Sale Notice"),

by causing true and correct copies of the:

   i. Sale Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/PipelineHealth. The Debtors' service address is 898 N. Pacific Coast Highway, Suite 700, El Segundo, California 90245.

    ii.      Sale Motion and Sale Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
29th day of November, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| PIPELINE HEALTH SYSTEM, LLC, *et al.,*[1] | ) Case No. 22-90291 (MI) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**NOTICE OF FILING OF DEBTORS'
EMERGENCY MOTION TO SELL THE ILLINOIS FACILITIES**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On November 22, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Emergency Motion for Entry of an Order (I) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (III) Dismissing Certain of the Debtors' Chapter 11 Cases; and (IV) Granting Related Relief* [Docket No. 534] (the "Illinois Sale Motion").

The hearing on the Illinois Sale Motion (the "Hearing") shall occur on November 29, 2022, at 3:30 p.m., prevailing Central Time.  If you object to the relief requested in the Illinois Sale Motion or you believe that emergency consideration is not warranted, you must appear at the Hearing or file a written response prior to the Hearing.

Any party may request a copy of the Illinois Sale Motion by emailing PipelineHealthInfo@epiqglobal.com or calling (800) 764-6401 (toll-free) or (503) 520-4447 (international).  A copy of the Sale Motion may be found by visiting https://document.epiq11.com/document/getdocumentsbydocket/?docketId=973417&projectCode =PIH&docketNumber=534&source=DM.

Copies of all documents filed in the Debtors' chapter 11 cases are available free of charge by visiting http://dm.epiq11.com/PipelineHealth or by calling (800) 764-6401 (toll-free) or (503) 520-4447 (international).  You may also obtain copies of any filings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

[1]   A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/PipelineHealth.  The Debtors' service address is 898 N. Pacific Coast Highway, Suite 700, El Segundo, California 90245.

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| ███████████ | █████████████████████ |
| ███████████████ | ████████████████████ |
| ██████████████ | ████████████████████ |
| ████████████ | ██████████████████ |
| █████████ | ██████████████████████████ |
| ████████████ | ████████████████████ |
| ████████████ | ██████████████████████ |
| ███████████████ | ██████████████████████ |
| ███████████████ | ██████████████████████ |
| ████████████ | ██████████████████████ |
| ████████████ | ██████████████████████ |
| ███████████████ | ██████████████████████████ |
| █████████ | ████████████████████████ |
| ████████████ | ██████████████████████ |
| ████████████ | ████████████████████ |
| ███████ | ████████████████████████ |
| ███████████████ | ████████████████████ |
| ████████████ | ██████████████████████ |
| ██████████████ | ██████████████████████ |
| █████████ | ██████████████████████ |
| █████████████████ | ██████████████████████████ |
| ████████████ | ████████████████████ |
| ████████████ | ████████████████████ |
| ████████████ | ██████████████████████ |
| █████████████████ | ██████████████████████████ |
| ████████████ | ████████████████████ |
| █████████ | ██████████████████████ |
| █████████ | ████████████████████ |
| ████████████ | ████████████████████ |
| ███████████████ | ████████████████████ |
| ███████████ | ██████████████████████ |
| ██████████████ | ██████████████████████████ |
| ████████████ | █████████████████ |
| ████████████ | ████████████████████ |
| ████████████ | █████████████████ |
| █████████ | ██████████████ |
| ████████████ | ██████████████████████ |
| ████████████ | ████████████████████ |
| ████████████ | ████████████████████ |
| ████████████ | ██████████████████ |
| ████████████ | ████████████ |
| ████████████ | ████████████████████ |
| ████████████ | ████████████████████ |
| ███████████████ | ████████████████████ |
| ████████████ | ██████████████████████ |
| █████████ | ██████████████████████ |
| █████████ | ██████████████████ |
| ████████████ | ██████████████████████ |
| VIRRUSO, JOSEPH | 2016 N NEVA AVE CHICAGO IL 60707-3818 |