**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | § Case No. 22-90291 (MI) |
| | § |
| | § Chapter 11 |
| PIPELINE HEALTH SYSTEM, LLC, *et al.*,[1] | § |
| | § (Jointly Administered) |
| Reorganized Debtors. | § |
| | § |
| | § |

**STIPULATION AND AGREED ORDER BETWEEN RESILIENCE
AND PLAINTIFF JAMES TO VACATE ENFORCEMENT ORDER**

AUM Global Healthcare Management, LLC ("AUM") and Resilience Healthcare – Weiss Memorial Hospital, LLC (the "Hospital," and, together with AUM, "Resilience") and Rosie James, as Independent Administrator of the Estate of Andrew James, Deceased (the "Plaintiff") and her counsel Bryan A. Ruggiero ("Plaintiff's Counsel"), hereby enter into this stipulation and agreed order vacating the Court's *Order Granting Motion to Enforce Sale Order* [ECF No. 1571] (the "Enforcement Order"), dated October 24, 2024, which granted Resilience's *Motion to Enforce Sale Order* [ECF No. 1559] (the "Enforcement Motion"), and state as follows:

WHEREAS, on October 2, 2024, Resilience filed its Enforcement Motion, ECF No. 1559, requesting that this Court order the dismissal of Resilience and any related parties thereto from the lawsuit captioned *James. v. Resilience Healthcare – West Suburban Medical Center, LLC, et al.*, No. 2024L006384 (the "Lawsuit"), currently pending before the Circuit Court of Cook County, Illinois (the "State Court"); and

---

[1] A complete list of each of the Reorganized Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/PipelineHealth. The Reorganized Debtors' service address is 898 N. Pacific Coast Highway, Suite 700, El Segundo, California 90245.

WHEREAS, on December 18, 2024, the State Court entered an order granting Plaintiff's *Motion to Voluntarily Dismiss Defendant Resilience Healthcare – West Suburban Medical Center, LLC*, dismissing Resilience with prejudice from the Lawsuit; and

WHEREAS, this Court has authority grant relief based upon section 105(a) of the Bankruptcy Code, Rule 9024 of the Federal Rules of Bankruptcy Procedure, Rule 60 of the Federal Rules of Civil Procedure; and

WHEREAS, Plaintiff and Plaintiff's Counsel have taken the action required in the Enforcement Order, and cause exists to grant the relief requested herein to preserve the parties' rights and avoid any risk of contempt.

NOW, THEREFORE, it is hereby

ORDERED, that the *Order Granting Motion to Enforce Sale Order* [ECF No. 1571], dated October 24, 2024, is vacated; and it is further

ORDERED, that Rosie James, as Independent Administrator of the Estate of Andrew James, Deceased (the "Plaintiff") and her counsel Bryan A. Ruggiero, are not in contempt of this Court's *Order (i) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; (ii) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (iii) Dismissing Certain of the Debtors' Chapter 11 Cases; and (iv) Granting Related Relief* [ECF No. 601].

2

25315840 v2

Dated: January 14, 2025

<table>
<tr><td><strong>TAXMAN, POLLOCK, MURRAY<br>& BEKKERMAN, LLC</strong></td><td><strong>BENESCH, FRIEDLANDER, COPLAN<br>& ARONOFF LLP</strong></td></tr>
<tr><td><br><br>By: <em>/s/ Bryan A. Ruggiero</em><br>Bryan A. Ruggiero<br>225 W. Wacker Drive, Suite 1650<br>Chicago, IL 60606<br>T:  (312) 321-8414<br>E:  bruggiero@tpmblegal.com<br><br><em>Counsel to Plaintiff</em></td><td>By: <em>/s/ Loren M. Scolaro</em><br>Sven T. Nylen (IL ARDC No. 6278148)<br>Loren M. Scolaro (IL ARDC No. 6333328)<br>71 South Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>T:  (312) 212-4949<br>E:  snylen@beneschlaw.com<br>     lscolaro@beneschlaw.com<br><br><em>Counsel to Resilience</em></td></tr>
</table>

Dated: _____, 2024

_____

Marvin Isgur
United States Bankruptcy Judge

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 14, 2025, a true and correct copy of the foregoing has been served on all parties entitled to service via this Court's Case Management/Electronic Case Filing System ("<u>CM/ECF</u>").

/s/ *Loren Scolaro*
Loren M. Scolaro

4

25315840 v2