**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | § Case No. 22-90291 (MI) |
|  | § |
| PIPELINE HEALTH SYSTEM, LLC, *et al.*,[1] | § Chapter 11 |
|  | § |
| Reorganized Debtors. | § (Jointly Administered) |
|  | § |
|  | § |

**RESILIENCE'S WITNESS AND EXHIBIT LIST FOR FEBRUARY 19, 2025 HEARING**

AUM Global Healthcare Management, LLC ("AUM") and Resilience Healthcare – Weiss Memorial Hospital, LLC ("Weiss Memorial Hospital," and, together with AUM, "Resilience") hereby this Exhibit List for the hearing to be held on February 19, 2025, at 10:00 a.m. (prevailing Central Time) (the "Hearing").

**WITNESSES**

1.      Resilience reserves the right to call any witnesses identified in the Witness and Exhibit Lists filed by Virruso or the Debtors and any witness called by any other party.

2.      Resilience reserves the right to call rebuttal witnesses as necessary.

3.      Resilience reserves the right to cross-examine any witness called by any other party.

---

[1]      A complete list of each of the Reorganized Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/PipelineHealth. The Reorganized Debtors' service address is 898 N. Pacific Coast Highway, Suite 700, El Segundo, California 90245.

**EXHIBITS**

| Exhibit | Description | Mark | Offer | Object | Admit | W/D | Disposition after Trial |
|---|---|---|---|---|---|---|---|
| 1 | Motion of Resilience to Enforce Sale Order (July 22, 2024) (exhibits omitted) [ECF No. 1540] | | | | | | |
| 2 | Order Granting Motion to Enforce Sale Order (Aug. 28, 2024) [ECF No. 1548] | | | | | | |
| 3 | Motion of Joseph Virruso and His Attorneys, Alexander Marsh and Matthew Ports, to Vacate Contempt Finding of the 8/28/2024 Order (Oct. 1, 2024) [ECF No. 1557] | | | | | | |
| 4 | Notice of Motion (Oct. 1, 2024) [ECF No. 1558] | | | | | | |
| 5 | Amended Notice of Motion (Oct. 3, 2024) [ECF No. 1560] | | | | | | |
| 6 | Opposition of Resilience to Motion to Vacate Contempt Finding of the 8/28/2024 Order (Oct. 22, 2024) (exhibits omitted) [ECF No. 1568] | | | | | | |
| 7 | Motion of Resilience to Amend Enforcement Order (Oct. 22, 2024) [ECF No. 1569] | | | | | | |
| 8 | Notice of Errata to Opposition of Resilience to Motion to Vacate Contempt Finding of the 8/28/2024 Order (Oct. 23, 2024) [ECF No. 1570] | | | | | | |
| 9 | Affidavit of Service – Notice of Bankruptcy (Oct. 6, 2022) [ECF No. 198] | | | | | | |
| 10 | Affidavit of Service – Sale Notice (Nov. 29, 2022) | | | | | | |

| Exhibit | Description | Mark | Offer | Object | Admit | W/D | Disposition after Trial |
|---|---|---|---|---|---|---|---|
| 11 | Membership Interest Purchase Agreement between AUM Global Healthcare Management, LLC and SRC Hospital Investments II, LLC (Nov. 22, 2022) (ancillary documents omitted)[2] | | | | | | |
| 12 | Excluded Liability Assumption Agreement between AUM Global Healthcare Management, LLC and SRC Hospital Investments II, LLC (Dec. 2, 2022) [ECF No. 1568-1] | | | | | | |
| 13 | Affidavit of Solicitation Materials (Nov. 29, 2023) [ECF No. 578] | | | | | | |
| 14 | Supplement to Certificate of Service [ECF No. 1569-1] | | | | | | |
| 15 | Amended Complaint, *Virruso v. Wolin, et al.*, No. 2024-L-001060 (Cook Cty. Ill. Cir. Ct. Feb. 16, 2024) | | | | | | |
| 16 | Letter from Julie Loftus to Matthew Ports and Alexander Marsh (exhibits omitted) (May 15, 2024) [ECF No. 1450-4] | | | | | | |
| 17 | Letter from Loren Scolaro to Matthew Ports and Alexander Marsh (Oct. 21, 2024) (exhibits omitted) [ECF No. 1568-2] | | | | | | |
| | Any document or pleading filed in the above-captioned cases. | | | | | | |
| | Any exhibit identified or offered by any other party | | | | | | |

---

[2] The Membership Interest Purchase Agreement was filed at ECF No. 534-1, but the version attached hereto is the clean closing set version (without the ECF filing stamp across the top of the pages).

| Exhibit | Description | Mark | Offer | Object | Admit | W/D | Disposition after Trial |
|---|---|---|---|---|---|---|---|
|  | Any exhibit necessary for impeachment and/or rebuttal purposes. |  |  |  |  |  |  |

## **RESERVATION OF RIGHTS**

Resilience reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this Witness and Exhibit List prior to the Hearing.

*[Remainder of Page Intentionally Blank]*

4

Dated: February 6, 2025

Respectfully submitted,

**BENESCH, FRIEDLANDER,**
    **COPLAN & ARONOFF LLP**

*/s/ Loren M. Scolaro*
Sven T. Nylen (admitted *pro hac vice*)
Loren M. Scolaro (admitted *pro had vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: (312) 212-4949
Email: snylen@beneschlaw.com
lscolaro@beneschlaw.com

*Counsel to Resilience*

## CERTIFICATE OF SERVICE

I, Loren M. Scolaro, hereby certify that on February 6, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Loren M. Scolaro*
Loren M. Scolaro (admitted *pro hac vice*)

5