# <u>EXHIBIT 12</u>

# Excluded Liability Assumption Agreement between AUM Global Healthcare Management, LLC and SRC Hospital Investments II, LLC (Dec. 2, 2022)

# [ECF No. 1568-1]

*Execution Copy*

**EXCLUDED LIABILITY ASSUMPTION AGREEMENT**

THIS EXCLUDED LIABILITY ASSUMPTION AGREEMENT (this "Agreement"), dated as of December 2, 2022, is entered into by and among **AUM GLOBAL HEALTHCARE MANAGEMENT, LLC**, a Michigan limited liability company ("*Buyer*"), and **SRC HOSPITAL INVESTMENTS II, LLC**, a Delaware limited liability company ("*SRC II*" or "*Seller*"). Buyer and Seller are collectively referred to as the "*Parties*" and each individually as a "*Party*."

Recitals

WHEREAS, Buyer and Seller have entered into that certain Membership Interest Purchase Agreement dated as of November 22, 2022 between Buyer and Seller (the "*MIPA*"; capitalized terms used herein but not otherwise defined have the meanings ascribed to them in the MIPA).

WHEREAS, pursuant to the MIPA, Buyer is acquiring the outstanding membership interests of the Subsidiaries from Seller.

WHEREAS, Section 2.3 of the MIPA provides that Seller Parties (other than the Subsidiaries) shall retain or assume, as applicable, and Buyer shall not be liable for the Excluded Liabilities.

WHEREAS, the Excluded Liabilities include, without limitation: (i) any known or unknown professional liability claims arising from incidents that occurred prior to October 2, 2022 entitled to coverage (subject to any deductibles or retentions) under any of the Seller Parties' professional liability insurance policies set forth on Schedule 3.16 to the MIPA, including without limitation those professional liability claims set forth on Schedule 3.12 to the MIPA (defined in the MIPA as the Excluded Claims); and (ii) any and all liabilities or claims relating to the multi-facility system contracts relating to the operations of Seller's Affiliates listed on Schedule 2.2(f) to the MIPA, including, without limitation, the Employee Benefit Plans.

WHEREAS, this Agreement evidences the assumption of the Excluded Liabilities by the Seller Parties (other than the Subsidiaries) in connection with the MIPA, subject to consummation of the transactions contemplated thereby, and the Seller Parties' agreement to use commercially reasonable efforts to address such liabilities in a chapter 11 plan with respect to the Seller Parties (if such a plan is proposed, solicited for approval, and confirmed by the Bankruptcy Court).

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Buyer and Seller (on behalf of itself and Seller Parties (other than the Subsidiaries)) hereby agree as follows:

-1-

20067119 v7

1.      <u>Recitals</u>. The foregoing recitals are incorporated into this Agreement and made part of this Agreement as substantive provisions and not as mere recitals.

2.      <u>Seller Parties' Assumption of Excluded Liabilities</u>. Seller Parties hereby agree to retain or assume, as applicable, the Excluded Liabilities in accordance with the terms and conditions set forth herein. Buyer shall have no liability on account of the Excluded Liabilities and the Seller Parties will be fully responsible for all Excluded Liabilities. Excluded Liabilities that do not constitute administrative expenses or priority unsecured claims under the Bankruptcy Code prior to Seller Parties' assumption of such Excluded Liabilities shall not constitute or be deemed to constitute administrative expenses or priority unsecured claims in respect of Seller Parties upon or after such assumption. The Seller Parties shall use commercially reasonable efforts to address the Excluded Liabilities in any chapter 11 plan with respect to Seller Parties (if any) in a manner consistent with the terms and conditions of the MIPA. If a chapter 11 plan is not ultimately proposed or effectuated, and the contracts listed on <u>Schedule 2.2(f)</u> to the MIPA are not otherwise rejected, any assignee(s) thereof shall acknowledge that Buyer and Subsidiaries are not liable or otherwise responsible for any obligations arising under such assigned contracts.

3.      <u>Membership Interest Purchase Agreement</u>. This Agreement is subject in all respects to the terms and conditions of the MIPA. Nothing in this Agreement in any way supersedes, enlarges, narrows, or modifies, or shall be deemed to supersede, enlarge, narrow or modify, any provision of the MIPA. In the event of any conflict or inconsistency between the terms of the MIPA and the terms hereof, the terms of the MIPA shall govern.

4.      <u>Seller Parties Authority</u>. Subject to entry of the Sale Order, Seller is authorized to execute this Agreement on behalf of itself and other Seller Parties (other than the Subsidiaries).

5.      <u>Governing Law</u>. Irrespective of the place of execution or delivery, this Agreement shall be governed by, and shall be construed in accordance with, the Laws of the State of Illinois.

6.      <u>Counterparts</u>. This Agreement may be executed in one or more counterparts, and counterparts by facsimile or portable document format (.pdf), all of which taken together shall constitute one and the same instrument, and any of the parties hereto may execute this Agreement by signing any such counterpart.

*Remainder of Page Intentionally Blank*

DocuSign Envelope ID: 32ABE952-4FD5-45A2-9A6C-264796550F0E

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed by their authorized officers as of the date set forth above.

**Seller:**

**SRC HOSPITAL INVESTMENTS II, LLC**, on behalf itself and Seller Parties (Other than the Subsidiaries)

By:_____
Name: Nicholas Orzano
Title: Authorized Signatory

**Buyer:**

**AUM GLOBAL HEALTHCARE MANAGEMENT, LLC**

By:_____
Name: Manoj Prasad
Title: Chief Executive Officer

Signature Page – Excluded Liability Assumption Agreement

DocuSign Envelope ID: 8DF2F157-6284-4E6D-99B4-276C772BCBD2

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed by their authorized officers as of the date set forth above.

**Seller:**

**SRC HOSPITAL INVESTMENTS II, LLC**, on behalf itself and Seller Parties (Other than the Subsidiaries)


By:_____
Name: Nicholas Orzano
Title: Authorized Signatory


**Buyer:**

**AUM GLOBAL HEALTHCARE MANAGEMENT, LLC**

By: *Manoj Prasad*
Name: Manoj Prasad
Title: Chief Executive Officer

Signature Page – Excluded Liability Assumption Agreement